SEALED BY ORDER OF THE COURT

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED

May 22 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| United States of America | ) |
|---|---|
| v. | ) |
| RODOLFO BLANCO | ) Case No. CR 20-70619-MAG |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 14, 2018 in the county of Santa Clara in the Northern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1542 | Passport Fraud |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

/s/SvK w/permission
*Complainant's signature*

DSS Special Agent Raymond Ellison
*Printed name and title*

Approved as to form _____
AUSA *Chinhayi Cadet*

Sworn to before me ~~and signed in my presence~~,
telephonically in accordance with Fed. R. Crim. Proc. 4.1

Date: May 22, 2020

*Susan van Keulen*
*Judge's signature*

City and state: San Jose, California

Susan van Keulen, U.S. Magistrate Judge
*Printed name and title*

[Print] [Save As...] [Attach] [Reset]

# AFFIDAVIT OF SPECIAL AGENT RAYMOND ELLISON
# IN SUPPORT OF CRIMINAL COMPLAINT

I, Raymond Ellison, been duly sworn, hereby depose and state the following:

## INTRODUCTION AND PURPOSE OF AFFIDAVIT

1. This affidavit is submitted in support of a criminal complaint and arrest warrant charging Rodolfo BLANCO with False Statement in Application and Use of Passport, in violation of 18 U.S.C. § 1542.

2. I am a Special Agent with the United States Department of State's Diplomatic Security Service (DSS) and have been so employed since July 2018. My duties and responsibilities include conducting criminal investigations of counterfeit and fraudulently obtained passports and visas.

3. The information contained in this affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement entities involved in this investigation. I have not included in this affidavit every fact known to me. I have included only those facts that I believe are necessary to establish probable cause in support of a criminal complaint.

## APPLICABLE LAW

4. Title 18, United States Code, Section 1542 provides criminal penalties for "[w]hoever willfully and knowingly makes any false statement in an application for passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws."

///

///

## STATEMENT OF FACTS ESTABLISHING PROBABLE CAUSE

5.     Rodolfo BLANCO was born in Mexico, and his date of birth is unknown. Investigation reveals that, on October 2, 2008, BLANCO fraudulently used the identity of an individual with the initials "A.A.L.H." and submitted an Application for a United States Passport, Form DS-11 #XXXXX5142, at the United States Post Office in Coalinga, California claiming to be a United States citizen born in Puerto Rico. As proof of identity, BLANCO submitted California driver license number XXXX3474 in the name "A.A.L.H." As proof of citizenship, BLANCO submitted a Puerto Rico Certificate of Live Birth for the identity of "A.A.L.H" with a date of birth August XX, 1980. BLANCO indicated on the passport application that he was born in Ciales, Puerto Rico on August XX, 1980, and his assigned Social Security number is XXX-XX-8486. BLANCO represented himself as a United States Citizen, swore under oath to the passport acceptance clerk that the information on the passport application was true, the photograph attached to the passport application was a true likeness of him, and signed the application in the presence of the acceptance clerk.

6.     On March 8, 2008 BLANCO was issued United States passport book number XXXX8839 under the identity of an individual with the initials "A.A.L.H."

7.     On January 15, 2014, DSS analysts at the San Francisco Field Office received a fraud referral from the California Department of Motor Vehicles (DMV). A records check discovered overlapping addresses in California and Puerto Rico for the "A.A.L.H." identity. A Puerto Rico DMV check for the "A.A.L.H." identity located a person (Victim 1) whose photograph did not match BLANCO's.

8.     On August 10, 2015, DSS agents interviewed Victim 1 in San Juan, Puerto Rico. DSS agents learned that Victim 1 had lost his wallet and identity documents in 2004. Agents

showed Victim 1 the Application for a United States Passport, Form DS-11 #XXXXX5142, including the photograph of BLANCO submitted with the application.  Victim 1 stated that he did not recognize the person in the photo, that he had never seen that individual before, and that he does not know that individual.  Agents asked Victim 1 if he recognized the biographical information contained within the Application for a United States Passport, Form DS-11 #XXXXX5142, and Victim 1 stated that he recognized the name, date of birth, and social security number as his information.  Victim 1 stated that his place of birth is Arecibo, Puerto Rico, not Ciales, Puerto Rico.  Agents verified Victim 1's identity through his identity documents, including his Puerto Rico Driver's License, Social Security card, Puerto Rico Voter Registration Card, Birth Certificate, Marriage Certificate, and a Birth Record Verification by the U.S. Department of State, as well as his fingerprints.

9. On September 14, 2018, BLANCO fraudulently used the same identity of an individual with the initials "A.A.L.H." and submitted a United States Passport Renewal, Form DS-82 #XXXXX3258, by mail claiming to be a United States citizen born in Puerto Rico.  As proof of citizenship, BLANCO submitted United States passport book number XXXX8839 issued on March 8, 2008 and expired on October 7, 2018.  BLANCO indicated on the passport renewal application that he was born in Arecibo, Puerto Rico on August XX, 1980, and his assigned Social Security number is XXX-XX-8486.  The photograph attached to the passport renewal application was a true likeness of BLANCO.

10. As indicated in Paragraph 8 above, Victim 1 had lost his wallet and identity documents in 2004.  Of note, using Victim 1's identity, BLANCO sustained a September 5, 2006 misdemeanor conviction for Contributing to the Delinquency of a Minor in violation of California Penal Code Section 272.  Additionally, using Victim 1's identity, BLANCO was

arrested on August 12, 2007, for Possession of a Deadly Weapon (Knife) in violation of California Penal Code Section 12020.

11. On June 17, 2019, Victim 1 submitted a witness statement detailing the impact that the unlawful use of his identity has had on Victim 1 and his family. Victim 1 stated that he has a medical condition that prevents him from working, and that the Social Security disability benefits he and his family relied upon to live have been reduced as a result of the unlawful use of his identity in the continental United States. Victim 1 stated that he has lost the opportunity to travel to the continental United States for fear of being arrested, as he has been informed that a person using his identity has engaged in criminal conduct using Victim 1's name.

12. On June 18, 2019, I, along with other DSS special agents, interviewed BLANCO's sister outside her residence in San Jose, California. I showed BLANCO's sister a copy of Victim 1's photo, and she stated that she did not recognize the person in the photo. I showed BLANCO's sister the picture of BLANCO's photo from the DS-82 passport application executed on September 14, 2018. BLANCO's sister stated that she recognized the person in the photo as her brother, Rodolfo BLANCO. BLANCO's sister stated that she did not recognize the name with initials A.A.H.L., and that BLANCO has never lived in or travelled to Puerto Rico. BLANCO's sister stated that BLANCO was born in Guerrero, Mexico, and that she does not have any information indicating that he is a U.S. citizen.

13. On June 18, 2019, I, along with other DSS special agents, interviewed BLANCO's nephew (the son of BLANCO's sister) outside the residence he shares with his mother and father in San Jose, California. I showed BLANCO's nephew a copy of Victim 1's photo, and she stated that she did not recognize the person in the photo. I showed BLANCO's nephew the picture of BLANCO's photo from the DS-82 passport application executed on

September 14, 2018.  BLANCO's nephew stated that he recognized the person in the photo as his uncle, Rodolfo BLANCO.  BLANCO's nephew stated that he did not recognize the name with initials A.A.H.L., and that BLANCO has never lived in or travelled to Puerto Rico.  BLANCO's nephew stated that BLANCO was born in Mexico, that he does not know if BLANCO is a U.S. citizen, and believes that BLANCO's motivation for applying for a U.S. passport may be so that he could visit his family in Mexico.

14.     On June 18, 2019, I interviewed BLANCO's brother-in-law (who is married to BLANCO's sister) by telephone.  BLANCO's brother-in-law indicated that BLANCO had lived at his home in San Jose for approximately one year from 2017-2018.  BLANCO's brother-in-law stated that BLANCO had received mail at the home in the name with initials A.A.H.L., and that he believes BLANCO uses the name with initials A.A.H.L.  BLANCO's brother-in- law stated that BLANCO has never lived in or travelled to Puerto Rico.  BLANCO's brother-in-law stated that BLANCO was born in Mexico, and that "there is no way he [BLANCO] could be a U.S. citizen."

## CONCLUSION

15.     Based upon the foregoing, I submit that there is probable cause to believe that on or about September 14, 2018, Rodolfo BLANCO did willfully and knowingly make a false statement in an application for a passport renewal with the intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant stated in said application that his name was that of an individual with the initials "A.A.L.H," and he was born in the Arecibo, Puerto Rico, when in truth and in fact, and as the

defendant then and there well knew, his name was not "A.A.L.H.", and he was not born in

Arecibo, Puerto Rico, all in violation of Title 18, United States Code, Section 1542.

<pre>                              /s/ SvK w/ permission   </pre>
                              RAYMOND ELLISON
                              SPECIAL AGENT
                              DIPLOMATIC SECURITY SERVICE

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 22nd day of May 2020.

_____
THE HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE